UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 DEC 22 PM 4:45
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Cr. No. _____ |
| Plaintiff, | § | USAO# 2008_____ |
| v. | § | **INFORMATION** |
| | § | |
| DANNY O. TILLEY, | § | |
| | § | [Violation: 29 U.S.C. § 501(c); |
| Defendant. | § | Embezzlement from a Labor |
| | § | Union |

A08 CR-479 LY

THE UNITED STATES ATTORNEY CHARGES:

<u>Count One</u>
(29 U.S.C. §501(c))

From 2001 through September 2005, in the Western District of Texas, the defendant,

**DANNY O. TILLEY,**

while a person directly employed by the Texas Building & Construction Trades Council, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his use, and the use of another, the monies, funds, property, and other assets of the said labor organization in the approximate amount of $9,719.11.

All in violation of 29 U.S.C. § 501(c).

Respectfully submitted,

JOHNNY SUTTON
United States Attorney

By: _____
Grant Sparks
Assistant United States Attorney